# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126121

NATIONAL WINE & SPIRITS, INC.,
NWS MICHIGAN, INC., and
NATIONAL WINE & SPIRITS, L.L.C.,
      Plaintiffs-Appellants,

v

STATE OF MICHIGAN,
      Defendant-Appellee,

and

MICHIGAN BEER & WINE
WHOLESALERS ASSOCIATION,
      Intervening Defendant-Appellee.

SC: 126121
COA: 243524
Ingham CC: 02-000013-CZ

_____/

On January 11, 2006, the Court heard oral argument on the application for leave to appeal the March 25, 2004 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is GRANTED.

Persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2006

Clerk

s0117